# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MAURICE JACOB                                                                           PLAINTIFF

v.                                       No. 5:03CV448 JLH

BEMIS BAG COMPANY                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the defendant. This case is dismissed without prejudice.

IT IS SO ORDERED this   16th   day of September, 2005.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE